## MATTIELLO *v.* CONNECTICUT.

No. 150. Argued December 11, 1968.—Decided May 26, 1969.

*Robert N. Grosby* argued the cause for appellant. With him on the briefs was *Joseph D. Harbaugh.*

*George F. Carroll, Jr.,* argued the cause and filed a brief for appellee.

PER CURIAM.

The appeal is dismissed for want of a properly presented federal question.